IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARZAD FARAHBOD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROSEMARY MELVILLE,<br><br>　　　　Defendant. | No. C 07-3385 MJJ<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff has filed a petition with this Court for a hearing on his naturalization application. Plaintiff claims that he has met all requirements for naturalization under 8 U.S.C. § 1427[1] and 8 U.S.C. 1446[2]. Plaintiff alleges that Defendant's delay in adjudicating his application for naturalization is in violation of the 120 day limit set forth in 8 U.S.C. § 1447(b)[3]. Plaintiff requests that the Court order Defendant to adjudicate his application for naturalization, or in the alternative, that the Court adjudicate his application.

The Court hereby issues an ORDER TO SHOW CAUSE why the Court should not order

---

[1] Requirements of naturalization

[2] Investigation of applicants; examination of applications

[3] 8 U.S.C. § 1447(b) provides:
(b) Request for hearing before district court
If there is a failure to make a determination under section 1446 of this title before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter.

1  Defendant to adjudicate Plaintiff's application for naturalization, and why the Court should not
2  adjudicate Plaintiff application pursuant to 8 U.S.C. § 1447(b).
3       Defendant shall file a written response to this Order To Show Cause.  Defendant's written
4  response to this Order, if any, shall be filed not later than 30 days after entry of this Order and shall
5  not exceed 10 pages in length.  Plaintiff's Opposition, if any, shall be filed not later than 30 days
6  after Defendant's written response is filed and shall not exceed 10 pages in length.
7  **IT IS SO ORDERED.**
8
9  Dated: July _25_, 2007
10                                               MARTIN J. JENKINS
                                              United States District Judge

**United States District Court**
For the Northern District of California

2