SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARZAD FARAHBOD,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ROSEMARY MELVILLE, District Director for the Citizenship and Immigration Services San Francisco District Office,<br><br>　　　　　Defendant. | No. C 07-3385 MJJ<br><br>**ANSWER** |

Defendant hereby submits her answer to Plaintiff's Petition for Hearing on Naturalization Application.

**I. PARTIES**

1. Defendant lacks sufficient information or knowledge to admit or deny the allegations in Paragraph One.

2. Defendant admits the allegations in Paragraph Two.

3. Defendant denies the allegations in Paragraph Three.

**II. JURISDICTION AND VENUE**

4. Paragraph Four consists of plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required.

ANSWER
C07-3385 MJJ　　　　　　　　　　　　　　　1

1  5. Paragraph Five consists of plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required.

2  6. Paragraph Six consists of plaintiff's allegation regarding jurisdiction and venue, to which no responsive pleading is required.

3  7. The allegations contained in Paragraph Seven consist solely of plaintiff's conclusions of law for which no answer is necessary; however, to the extent a response is deemed to be required, defendant denies the allegations in this paragraph.

### III.  STATEMENT OF FACTS OF CASE

8. Defendant admits the allegations in Paragraph Eight.

9. Defendant admits the allegations in Paragraph Nine.

10. Defendant admits the allegations in Paragraph Ten with the exception that the plaintiff only passed the English and Civics portion of the interview.  An examination of the plaintiff's eligibility is still ongoing as the plaintiff's background checks are still pending.

11. Defendant is without sufficient information to either admit or deny the allegations in Paragraph Eleven.

12. Defendant denies the allegations in Paragraph Twelve.

13. Defendant is without sufficient information to either admit or deny the allegations in Paragraph Thirteen.

### IV.  CLAIMS FOR RELIEF

14. Defendant admit the allegations in Paragraph Fourteen.

15. Defendant is without sufficient information to either admit or deny the allegations in the first sentence of Paragraph Fifteen. Defendant denies the remaining allegations in Paragraph Fifteen.

16. Defendant is without sufficient information to either admit or deny the allegations in Paragraph Sixteen.

17. Defendant denies the allegations in Paragraph Seventeen.

18. Defendant denies the allegations in Paragraph Eighteen.

19. Paragraph Nineteen consists of plaintiff's conclusions of law, to which no responsive

pleading is required; however, to the extent a responsive pleading is deemed necessary, defendant denies the allegations in Paragraph Nineteen.

20. Defendant is without sufficient information to either admit or deny the allegations in Paragraph Twenty.

21. Defendant admits that the application remains pending, but denies the remaining allegations.

22. Defendant denies the allegations in Paragraph Twenty-Two.

23. Defendant incorporates its responses to Paragraph One through Twenty-Two as if set forth fully herein.

24. Paragraph Twenty-Four consists of plaintiff's conclusions of law, to which no responsive pleading is required.

25. Paragraph Twenty-Five consists of plaintiff's conclusions of law, to which no responsive pleading is required.

26. Paragraph Twenty-Six consists of plaintiff's conclusions of law, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, defendant denies the allegations in Paragraph Twenty-Six.

## V.  PRAYER FOR RELIEF

The remaining paragraph consists of plaintiff's prayer for relief and request for fees, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, defendant denies this paragraph.

### FIRST AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendant upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendant was acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

The Defendant is processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, defendant prays for relief as follows:

That judgment be entered for defendant and against plaintiff, dismissing plaintiff's Petition with prejudice; that plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Date: August 27, 2007                      Respectfully submitted,

                                           SCOTT N. SCHOOLS
                                           United States Attorney


                                                    /s/
                                           MELANIE L. PROCTOR
                                           Assistant United States Attorney
                                           Attorneys for Defendant

ANSWER
C07-3385 MJJ                              4