1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Defendant
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 FARZAD FARAHBOD,                  )
                                     ) No. C 07-3385 MJJ
13            Plaintiff,             )
                                     )
14       v.                          ) **STIPULATION TO DISMISS; AND**
                                     ) [~~PROPOSED~~] **ORDER**
15 ROSEMARY MELVILLE, District Director for )
   the Citizenship and Immigration Services )
16 San Francisco District Office,   )
                                     )
17            Defendant.             )
                                     )
18

19     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

21 action without prejudice in light of the fact that the United States Citizenship and Immigration

22 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

23 within 30 days of the dismissal of this action.

24     Each of the parties shall bear their own costs and fees.

25 ///

26 ///

27

28

Stipulation to Dismiss
C07-3385 MJJ                         1

| | |
|---|---|
| Dated: September 10, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | /s/<br>MELANIE L. PROCTOR<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: September 10, 2007 | /s/<br>ROBERT G. WERNER<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  September 11, 2007

MARTIN J. JENKINS
United States

*IT IS SO ORDERED*
*Judge Martin J. Jenkins*

Stipulation to Dismiss
C07-3385 MJJ                                    2